**FILED**

4:37 pm, 1/6/23

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

CLAUDETTE LONG,

         Plaintiff,

   vs.

         Case No.  20-CV-248-R

XANTERRA PARKS AND RESORTS,
INC. aka XANTERRA LEISURE
HOLDINGS, LLC, a commercial
concessionaire operating in Yellowstone
National Park,

         Defendant.

---

## JUDGMENT IN A CIVIL ACTION

---

      This action came before the Court on Plaintiff's Complaint alleging multiple claims in violation of Title VII of the Civil Rights Act.  On April 28, 2021, the Court granted Defendant's Motion to Compel Arbitration and Stay Litigation [Doc. 10] and stayed the case pursuant to 9 U.S.C. § 3, pending the outcome of arbitration proceedings.  From June 20, 2022, through June 22, 2022, the parties participated in an arbitration hearing and on August 26, 2022, the arbitrator issued the Award [ECF No. 17-1].  On January 6, 2023, the Court granted Defendant's Motion for Order to Confirm Arbitration Award [ECF No. 17].

Accordingly, it is therefore

ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED with Prejudice.

IT IS FURTHER ORDERED that the arbitration Award is confirmed, and Judgment is entered as outlined in the terms and conditions of the Award.

Dated this 6th day of January, 2023.

*Clerk of Court or Deputy Clerk*

_____