UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
United States Court of Appeals
Tenth Circuit

March 7, 2023

Christopher M. Wolpert
Clerk of Court

| | |
|---|---|
| CLAUDETTE LONG,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>XANTERRA PARKS & RESORTS INC., a/k/a Xanterra Leisure Holdings LLC, a commercial concessionaire operating in Yellowstone National Park,<br><br>    Defendant - Appellee. | No. 23-8004<br>(D.C. No. 2:20-CV-00248-KHR)<br>(D. Wyo.) |

### ORDER

This matter is before the court upon notification from the private court reporter that the appellant has not completed the necessary payment arrangements for transcripts she ordered. Therefore, the current deadline for the court reporter to file the Notice of Transcript Order form is vacated, and we direct as follows:

On or before March 14, 2023, the appellant shall make all financial arrangements necessary for the court reporters to complete and file the transcripts she ordered. The appellant shall notify this court in writing that such arrangements have been completed. Upon receipt of the appellant's notice, this court will confirm with the court reporter that satisfactory payment has in fact been made. Once payment is made, the court reporter shall notify this court of the estimated date of completion and filing with the district court.

If the appellant does not make satisfactory payment for the ordered transcript by March 14, 2023, we ask the district court to complete its record preparation without any transcripts and transmit its notice that the record is complete as soon as practical. *See* 10th Cir. R. 11.1. Briefing on the merits will begin without the benefit of any transcripts being available for inclusion in the appendix.

Entered for the Court<br>
CHRISTOPHER M. WOLPERT, Clerk<br>
<br>
by: Lara Smith<br>
    Counsel to the Clerk