UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 08, 2023


Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

Ms. Kara Lorraine Ellsbury
Mr. Robert C. Jarosh
Mrs. Christine Jordan
Hirst Applegate
1720 Carey Avenue, Suite 400
Cheyenne, WY 82001

Mr. Bernard Quinn Phelan
Phelan Law Firm
1811 Evans Avenue
Cheyenne, WY 82001


**RE:**    **23-8004, Long v. Xanterra Parks & Resorts**
       Dist/Ag docket: 2:20-CV-00248-KHR


Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/lg